United States District Court
Southern District of Texas

**ENTERED**

April 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| ABDIHAMID IBRAHIM ABDI, | § | |
| "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-CV-00162 |
| | § | |
| KRISTI NOEM, | § | |
| "Respondent," | § | |

## ORDER

Before the Court are the "Notice of Appeal to the Federal District" ("Petition") (Dkt. No. 1) and the "Magistrate Judge's Report and Recommendation" ("Report and Recommendation") (Dkt. No. 17).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 17) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this April 14, 2026

_____
Rolando Olvera
United States District Judge